# Exhibit A

# CLOSETAUCTIONS.COM INC.

## WEBSITE DESIGN AND DEVELOPMENT AGREEMENT

*(Future Business Marketing, LLC dba RoboRewards)*

**THIS WEBSITE DESIGN AND DEVELOPMENT AGREEMENT** ("Agreement") is entered into and shall be effective as of February 12, 2015, (the "Effective Date") by and between **Future Business Marketing LLC, a Missouri limited liability company dba RoboRewards** ("Developer") and **ClosetAuctions.com Inc, a California corporation** ("ClosetAuctions"). Developer and ClosetAuctions are sometimes collectively referred to herein as the "Parties".

1. **SERVICES.** Developer shall provide those services more fully and specifically outlined and described on the Schedule attached to this Agreement (the "Schedule").

2. **HOURS / LIMITATION.** Except as provided on the attached Schedule, Developer shall not be required to keep any specific hours in connection with the services described herein.

3. **TERM / TERMINATION.** The term of this Agreement shall be twenty-three (23) weeks ("Term"), except as otherwise agreed in writing by the Parties. Either party may cancel this Agreement, for any reason, with thirty (30) days written notice to the other party.

4. **COMPENSATION.** In exchange for the Services, Developer shall be paid an all-inclusive, flat fee, as set forth on the Schedule. However, in the event that Developer does not fulfill its obligations hereunder, such fee shall be prorated based on all completed work and for work-in-progress and further reduced by any additional costs, fees and expenses incurred by ClosetAuctions to complete such uncompleted work.

5. **SUBCONTRACTED DEVELOPERS.** Developer shall employ, on a full-time basis throughout the Term, no less than four (4) subcontracted developers dedicated solely to the development and design of the website www.closetauctions.com ("Subcontracted Developers"). Subcontracted Developers shall receive the compensation, as set forth on the Schedule, which shall be included in the all-inclusive, flat fee described in Paragraph 4 and subject to the offset rights set forth in Paragraph 4. Developer shall be solely responsible for supervising the work of the Subcontracted Developers. Furthermore, all payments, for the Subcontracted Developers, shall be delivered to Developer; which shall be solely responsible for payment of and to the Subcontracted Developers. Developer shall indemnify and hold ClosetAuctions harmless from any claims brought by any Subcontracted Developer, including any claim for non-payment.

6. **REPORTS.** Developer shall be required to provide such reports as may be reasonably required in connection with the services to be provided to ClosetAuctions by Developer and/or the Subcontracted Developers.

7. **INTELLECTUAL PROPERTY AND WEBSITE DESIGN.** Developer expressly agrees that all website designs and/or development of the website (whether such designs and/or development occurred prior to the Effective Date or after the Effective Date) remain the sole property of ClosetAuctions as well as any marketing tools and/or other websites developed and designed by Developer and/or ClosetAuctions which utilize the Developer's image and/or ideas. ClosetAuctions shall retain title to all intellectual property, trade secrets, ideas and concepts, know how, methods, techniques, templates and computer software, website back-end and front-end designs (collectively the "Intellectual Property"), conceived, developed or reduced to practice by Developer and/or Subcontracted Developers prior to, during or after the term of this Agreement, and/or by Developer, in accordance with the services provided to, developed or reduced to practice for the benefit of ClosetAuctions. During the performance of services for ClosetAuctions, Developer acknowledges that Developer shall have no ownership rights therein except as expressly set forth in this Agreement. Furthermore, any work conceived, developed or reduced to practice by Developer, in furtherance of the foregoing, shall be deemed a "work for hire", as such term is defined in the United States Copyright Act. Even if any such Intellectual Property does not qualify as a work for hire, Developer agrees to and does irrevocably assign, transfer and convey to ClosetAuctions, all right, title and interest in and to such Intellectual Property, and any other intellectual property rights associated therewith.

8. **NON-DISCLOSURE / CONFIDENTIALITY.** In performing the duties and services, as set forth herein, the Parties understand that Developer will have access to certain confidential and proprietary information. Any use by Developer of such information or documentation, including disclosure to any third party, except as in the course of the engagement described herein, shall constitute a breach of this Agreement, and any reproduction, use or distribution of any related documentation, except as set forth herein, is strictly prohibited, and any violation thereof may subject Developer to prosecution to the fullest extent permitted by law.

9. **NON-SOLICITATION / NON-CIRCUMVENTION.** Developer shall not, without the express written consent of ClosetAuctions, at any time during the term of this Agreement, or for a period of five (5) years after the termination of this Agreement: (i) solicit, for employment, any employee or other representative of ClosetAuctions; or (ii) circumvent or interfere with any existing Contractor business relationship, which ClosetAuctions has with any third-party.

10. **INDEPENDENT CONTRACTOR RELATIONSHIP.** It is understood and agreed by the Parties that the relationship between the Developer (and the Subcontracted Developers) and ClosetAuctions is that of independent contractors, and ClosetAuctions shall have no responsibility for: (i) withholding a portion of the consideration for the payment of any tax liability of the Developer and/or Subcontracted Developers; or (ii) including Developer, Subcontracted Developers or their employees or representatives, in any employer benefit plan; or (iii) providing disability or workmen's compensation or unemployment insurance.

11. **INDEMNIFICATION.** Developer, on behalf of itself and the Subcontracted Developers, hereby agrees to indemnify ClosetAuctions from any and all claims arising as a result of any state or federal determination that Developer, the Subcontracted Developers and/or their employees or representatives are an employee, and not an independent contractor, of ClosetAuctions.

86.0645  2817534.1

12. **BINDING EFFECT.** The Parties hereby acknowledge, understand and agree that this Agreement is personal between the Parties. This Agreement shall be binding upon the Parties hereto, their legal representatives, successors and permitted assigns, and cannot be assigned, without the prior written consent of the other party.

13. **WAIVER.** No waiver of any breach or default of any provision of this Agreement by the Parties hereto shall be considered as a waiver of any other breach or default of this Agreement.

14. **ENTIRE AGREEMENT.** This Agreement contains the entire understanding and agreement of the Parties with respect to the subject matter of this Agreement, and supersedes any prior written agreement or oral agreement between said Parties concerning the subject matter contained herein. There are no representations, agreements, arrangements, or understandings, oral or written between or among the Parties hereto, relating to the subject matters contained in this Agreement, which are not fully expressed herein, except to the extent contained in any instrument or writing delivered by one Party to the other pursuant to the terms hereof.

15. **GOVERNING LAW.** The validity, interpretation, construction or performance of this Agreement shall be controlled by, and construed under the laws of the State of California. In the event of litigation arising out of any dispute in connection with this Agreement, the Parties hereto agree that California shall be the only state with jurisdiction over this controversy. The Parties agree that California court shall apply only to California law in interpreting this Agreement. The Parties hereto agree that only the substantive law of California shall only be applied where any court considers any issue concerning what states applicable law should be chosen to decide any controversy between the Parties.

16. **SURVIVAL OF RIGHTS.** Each and every provision hereof shall bind and inure to the benefit of the Parties their successors-in-interest, their heirs, personal representatives and assigns.

17. **HEADINGS.** The titles and headings used in this Agreement are informative only and in no way should be construed as to define, extend or limit the scope of this Agreement, or any particular paragraph.

18. **AUTHORITY.** Each person who executes this Agreement on behalf of any Party hereto, thereby represents and warrants that he or she has the authority to enter into this Agreement and bind that Party thereto.

19. **AMENDMENT.** This Agreement may not be amended, superseded, or canceled, except in another written Agreement executed by all Parties.

20. **SEVERABILITY.** In case of any one or more of the provision contained in this Agreement, or any other agreement delivered by either Party, together pursuant hereto shall be held invalid by a court of competent jurisdiction, shall that in no way affect the validity or enforceability of the remaining provisions contained herein, nor shall such provision affect any other agreement entered into pursuant hereto.

21.  **FURTHER ACTS.** The Parties hereto agree to do any and all acts and things, and to execute all further documents, that may be reasonably necessary to accomplish and effect the purposes of this Agreement.

22.  **NOTICES**. Any and all notices permitted under this Agreement, or otherwise required by law, shall be made to the last known address of each party or to such other address as the Party entitled to such notice may designate to the other Parties in writing.

23.  **ARBITRATION.** The parties agree that any controversy or dispute arising for or in connection with the Agreement, its interpretation, performance or termination, shall upon demand of a Party, be submitted to and decided by binding arbitration, in accordance with the then applicable laws of the State of California, before a mutually agreeable arbitration service in Orange County, California.

24.  **DUPLICATE COUNTERPARTS.** This Agreement may be executed in duplicate counterparts, each of which, when taken together, shall constitute one and the same written Agreement.

**IN WITNESS WHEREOF,** the Parties hereto have executed this Website Design and Development Agreement at Newport Beach, California.

**CLOSETAUCTIONS.COM INC.,**
a California corporation

By: *Christine Fleming*
   Christine Fleming (Mar 5, 2015)
Title: Christine Fleming, President

Address: 1303 Avocado Ave. Ste 265
Newport Beach, CA 92660

Email: christine@closetauctions.com
Phone: 949-500-3789

**DEVELOPER:**
Future Business Marketing, LLC a Missouri limited liability company dba RoboRewards

By: *Jonathan Ingram*
   Jonathan Ingram (Mar 5, 2015)
Title: Jonathan Ingram, President

Address: 4003 Fee Fee Road Suite #102
St. Louis, MO 63044

Email: jingram@roborewards.com
Phone: (800) 664-1214 x 510

## SCHEDULE TO WEBSITE DESIGN AND DEVELOPMENT AGREEMENT

*(Future Business Marketing, LLC dba RoboRewards)*

This Schedule, when executed by ClosetAuctions and the Developer, will be attached to and become part of that certain Website Design and Development Agreement between ClosetAuctions and Developer, dated February 12, 2015.

1. **Services.**

    a. Complete design and development of the entire front-end and back-end of the website, www.closetauctions.com, and any other websites as requested from time to time by ClosetAuctions.

    b. Design and create an "investor video" to be presented by ClosetAuctions to potential investors in an effort to elicit potential investors to invest in ClosetAuctions.

2. **Compensation / Payment.**

    a. Developer shall be paid a flat fee of **One Hundred and Two Thousand Dollars and no/100 ($102,000.00)** to be broken down as follows:

    　　i. **Fifty Thousand Dollars and no/100 ($50,000.00)** will be payable directly to the Developer as follows:

    　　　　(1) Five equal monthly payments of **Eight Thousand Four Hundred Dollars and no/100 ($8,400.00) per month**.

    　　　　(2) Final payment on month six (on or around July 12, 2015) in the amount of **Eight Thousand Dollars and no/100 ($8,000.00).**

    　　ii. **Fifty Two Thousand Dollars and no/100 ($52,000.00)** will be payable to Developer in five equal monthly payments of **Ten Thousand Four Hundred Dollars and no/100 ($10,400.00) per month** for the payment of the Subcontracted Developers pursuant to Paragraph 4 herein.

    　　iii. Both above-referenced payments will become due and owing so long as the complete design and development of the website, www.closetauctions.com, is ready to launch no later than **twenty-three (23) weeks** after the Effective Date.

    b. Developer will receive **Three Thousand (3,000) shares of ClosetAuctions Class B Preferred, Non-Voting Stock** upon final approval of the website by ClosetAuctions and once the website has been successfully launched; provided

        the Developer has executed and delivered to Closet Auctions a completed Investment Questionnaire and Subscription Agreement.

c.     As a bonus to Developer for timely completion of the Services (no later than 23 weeks after the Effective Date), and if and only if the website and related items are ready to launch and completed to the satisfaction of ClosetAuctions, Developer will receive an additional **Seven Thousand (7,000) shares of ClosetAuctions Class B Preferred, Non-Voting Stock;** provided the Developer has executed and delivered to Closet Auctions a completed Investment Questionnaire and Subscription Agreement.

d.     Payment will be paid to Developer on the 12th day of each consecutive month beginning February 12, 2015.

e.     Developer will not be reimbursed for any expenses or costs including, but not limited to, lodging, mileage, meals, travel, supplies or vendor costs of any kind.

**CLOSET AUCTIONS.COM INC.,**
a California corporation

By: *Christine Fleming*
Title: Christine Fleming, President

**DEVELOPER:**
**Future Business Marketing, LLC a Missouri limited liability company dba RoboRewards**

By: *Jonathan Ingram*
Title: Jonathan Ingram, President

86 0645  2817534.1



# CloseAuctions Website Development and Design Contract RoboRewards

EchoSign Document History                            March 03, 2015

| | |
|---|---|
| Created: | February 23, 2015 |
| By: | Jonathan Ingram (jingram@roborewards.com) |
| Status: | SIGNED |
| Transaction ID: | XJWQ6GB2F4I2Z22 |

## "ClosetAuctions Website Development and Design Contract RoboRewards" History

- Document created by Jonathan Ingram (jingram@roborewards.com)
  February 23, 2015 - 10:17 AM PST - IP address: 99.109.110.179

- Document emailed to Christine Fleming (christine@closetauctions.com) for signature
  February 23, 2015 - 10:19 AM PST

- Document viewed by Christine Fleming (christine@closetauctions.com)
  March 03, 2015 - 1:00 PM PST - IP address: 184.179.75.43

- Document e-signed by Christine Fleming (christine@closetauctions.com)
  Signature Date: March 03, 2015 - 1:01 PM PST - Time Source: server - IP address: 184.179.75.43

- Document emailed to Jonathan Ingram (jingram@roborewards.com) for signature
  March 03, 2015 - 1:01 PM PST

- Document viewed by Jonathan Ingram (jingram@roborewards.com)
  March 03, 2015 - 1:02 PM PST - IP address: 99.109.110.179

- Document e-signed by Jonathan Ingram (jingram@roborewards.com)
  Signature Date: March 03, 2015 - 1:02 PM PST - Time Source: server - IP address: 99.109.110.179

- Signed document emailed to Jonathan Ingram (jingram@roborewards.com) and Christine Fleming (christine@closetauctions.com)
  March 03, 2015 - 1:02 PM PST


Adobe EchoSign